NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALCOHOL MONITORING SYSTEMS, INC.,**
*Plaintiff-Appellant,*

**v.**

**ACTSOFT, INC.,**
**OHIO HOUSE MONITORING SYSTEMS, INC.**
AND **US HOME DETENTION SYSTEMS AND EQUIPMENT, INC.,**
*Defendants-Appellees.*

---

2012-1066

---

Appeal from the United States District Court for the District of Colorado in consolidated Nos. 07-CV-2261 and 08-CV-1226, Judge Philip A. Brimmer.

---

**JUDGMENT**

---

MICHAEL G. MARTIN, Lathrop & Gage LLP, of Denver, Colorado, argued for plaintiff-appellant. With him on the brief were PHILIP S. LORENZO and JAMES E. DALLNER.

KYLE B. FLEMING, Renner, Otto, Boisselle & Sklar, LLP, of Cleveland, Ohio, argued for defendant-appellee. With him on the brief were TODD R. TUCKER and NICHOLAS J. GINGO, for Actsoft, Inc., et al. Of counsel on the brief were Richard E. Fee and Kathleen M. Wade, Fee & Jeffries P.A., of Tampa, Florida, for Actsoft, Inc.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 1, 2013             /s/ Jan Horbaly
    Date                      Jan Horbaly
                                 Clerk